```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DOUGLAS LEMMONE,

                        Plaintiff,

        - against -                           ORDER

BOY SCOUTS OF AMERICA, and GREATER            20 Civ. 1495 (NRB)
NEW YORK COUNCILS, BOY SCOUTS OF
AMERICA,

                        Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** defendant Boy Scouts of America filed for Chapter 11 bankruptcy relief in the U.S. Bankruptcy Court for the District of Delaware on February 18, 2020; and

**WHEREAS** this action has been stayed during the pendency of defendant Boy Scouts of America's bankruptcy proceedings; and

**WHEREAS** on September 8, 2022, defendant Boy Scouts of America's plan of reorganization was confirmed by the District of Delaware (the "Confirmation"); and

**WHEREAS** consolidated appeals of the Confirmation are pending; it is hereby

**ORDERED** that this action remains stayed pending further developments in defendant Boy Scouts of America's bankruptcy proceedings; and it is hereby

**ORDERED** that either party may seek leave from the Court to modify the stay.

Dated:   New York, New York
         January 25, 2023

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE