UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DOUGLAS LEMMONE,

                         Plaintiff,

        - against -                              **ORDER**

BOY SCOUTS OF AMERICA, and                20 Civ. 1495 (NRB)
GREATER NEW YORK COUNCILS, BOY
SCOUTS OF AMERICA,

                         Defendants.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


   **WHEREAS** on January 15, 2023, this action was stayed pending developments in defendant Boy Scouts of America's bankruptcy proceedings, ECF No. 19; and

   **WHEREAS** on April 8, 2026, plaintiff filed a Notice of Voluntary Dismissal with Prejudice, ECF No. 21; it is hereby

   **ORDERED** that that the above-captioned action be, and hereby is, unstayed and dismissed with prejudice pursuant to plaintiff's Notice of Voluntary Dismissal.


Dated:    New York, New York
          April 14, 2026

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE